# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND



**FILED**

MAY 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

RAMON LUPIAN

## CR26 00236 JST

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this 14th day of

May, 2026.

_____
Clerk

Bail, $ No bail

Hon. Ajay S. Krishnan, US Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR26 00236** |
| Plaintiff, | VIOLATION: |
| v. | 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; |
| RAMON LUPIAN, | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:          (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

Between on or about October 4, 2025, continuing through on or about October 6, 2025, in the Northern District of California, the defendant,

RAMON LUPIAN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a shotgun, Mossberg Maverick, 12 gauge, Serial Number: MV48063, loaded with 4 rounds of 12-gauge caliber ammunition, as well as a privately-made firearm, namely, one 9mm black bottom handle with a silver Taurus slide bearing serial number TKU34048, and loaded with ammunition, namely, 5 rounds of 9mm caliber ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section

INDICTMENT

922(g)(1).

FORFEITURE ALLEGATION:        (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

RAMON LUPIAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a.   one privately-made firearm, namely, one 9mm black bottom handle with a silver Taurus slide bearing serial number TKU34048, seized from LUPIAN's vehicle, a red Chevy Tahoe (Washington License Plate: AZG4507) on or about October 6, 2025;

    b.   one privately-made firearm, namely, one 9mm black handgun, with no serial number, seized from LUPIAN's vehicle, a red Chevy Tahoe (Washington License Plate: AZG4507) on or about October 6, 2025;

    c.   one shotgun, Mossberg Maverick, 12 gauge, Serial Number: MV48063, seized from LUPIAN's vehicle, a red Chevy Tahoe (Washington License Plate: AZG4507) on or about October 6, 2025;

    d.   23 rounds of 9mm or 9x19 caliber ammunition loaded into magazines and the chambers of the above-described firearms or otherwise seized from LUPIAN's vehicle, a red Chevy Tahoe (Washington License Plate: AZG4507) on or about October 6, 2025;

    e.   26 rounds of .40 caliber ammunition seized from LUPIAN's vehicle, a red Chevy Tahoe (Washington License Plate: AZG4507) on or about October 6, 2025; and

    f.   66 rounds of 12-gauge caliber shotgun ammunition loaded and chambered in the above-described shotgun, or otherwise seized from LUPIAN's vehicle, a red Chevy Tahoe (Washington License Plate: AZG4507) on or about October 6, 2025.

INDICTMENT                                    2

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: *May 14, 2026*

A TRUE BILL.

*Carolyn Hune*
FOREPERSON
Oakland

CRAIG H. MISSAKIAN
United States Attorney

_/s/_
KELLY I. VOLKAR
Assistant United States Attorney

INDICTMENT    3